UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| SANDY SMITH, JR. | CIVIL ACTION NO. 08-0558 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| STEVE PRATOR, ET AL | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections (Record Document 85) and response thereto (Record Document 86) filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion for Summary Judgment (Record Document 45) be and is hereby **GRANTED** and all claims against Defendants are **DISMISSED**.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this the 25th day of August, 2010.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE